**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Othon RAMIREZ–ROJAS,**
**Defendant–Appellant.**

**Nos. 13–10188, 13–10200.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2014.*

Filed May 27, 2014.

Christina Marie Cabanillas, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Rene Antonio Felix, R. Antonio Felix, Esq., Tucson, AZ, for Defendant–Appellant.

Othon Ramirez–Rojas, pro se.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Othon Ramirez–Rojas appeals his guilty-plea conviction and 15–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326; and the revocation of supervised release and consecutive 18–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez–Rojas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez–Rojas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).